UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | NO. EDCV 18-1078-SJO (AGR)<br><br>ORDER TO SHOW CAUSE |

Pursuant to the court's order of May 25, 2018, Plaintiff was ordered to file proofs of service showing compliance with Paragraph I of the order within 90 days of the filing on the complaint, i.e., by August 23, 2018. The order warned Plaintiff that failure to comply may result in dismissal of the case. To date, the proofs of service have not been filed.

Accordingly, **no later than October 15, 2018,** Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute. Filing the proofs of service by October 15, 2018, shall be deemed compliance with this Order to Show Cause.

DATED: September 14, 2018

　　　　　　　　　　　　　　　　　　　　　ALICIA G. ROSENBERG
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge