JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LEONARD W.,

              Plaintiff,

      vs.

NANCY A. BERRYHILL, Commissioner
of Social Security,

              Defendant.

)
)
)
)
)
)
)
)
)
)

CASE NO. EDCV 18-1078-SJO (AGR)

JUDGMENT

    IT IS HEREBY ADJUDGED that judgment is entered dismissing this action without prejudice for failure to prosecute.

DATED: _March 13___, 2019

_S. James Otero_

S. JAMES OTERO
United States District Judge